# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

DOUGLAS E. BLANCHARD                              CIVIL ACTION NO. 06-1545

VERSUS                                                            JUDGE MELANÇON

COMMISSIONER OF SOCIAL SECURITY         MAGISTRATE JUDGE HILL

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  No objections have been filed.  After an independent review of the record, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is AFFIRMED and this matter is DISMISSED with prejudice.

Lafayette, Louisiana, this 9th day of August, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE